# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE*** |
| v. | CASE NUMBER: 06-7108M |
| SHAWN M. PALMER | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 USC § 113 (a)(4) | Simple Assault | 5/14/06 | 1 |

Defendant to complete a level I alcohol class, and 5 days jail. Jail is suspended. An anger management class is to be completed by the defendant.

***Amended to correct the fine amount.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $275.00 |

7/5/06
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/3/06
Date