# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **2ND AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 06-mj-07108 |
| SHAWN M. PALMER | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18: USC § 113(a)(4) | Simple Assault | 5/14/06 | 1 |

\*\*Amended to correct monetary obligations

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| CVB Processing Fee | Assessment | Fine |
|---|---|---|
| $25.00 | $10.00 | $250.00 |

7/5/06
Date of Imposition of Judgment

s/ Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

9/5/06
Date